# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORIO, individually and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY COMMUNITY SERVICES AGENCY, and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>Defendants. | Case No. 1:19-cv-00752-LJO-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, WITHOUT PREJUDICE<br><br>(ECF No. 17) |

On August 23, 2019, Plaintiff, Michael Tenorio, filed a notice of voluntary dismissal of Defendant California Department of Social Services, without prejudice. (ECF No. 17.) Defendant California Department of Social Services has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendant California Department of Social Services has been terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

Dated: __**August 27, 2019**__     /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1