# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORIO, individually and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY COMMUNITY SERVICES AGENCY, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00752-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS<br><br>(ECF No. 19) |

Plaintiff, Michael Tenorio, and Defendant, Stanislaus County, which is named in the Amended Complaint as Stanislaus County Community Services Agency (ECF No. 10), have filed a stipulation to dismiss the action without prejudice. (ECF No. 19.) In light of the stipulation, and the previous voluntary dismissal of the other named defendant in this action, California Department of Social Services (ECF Nos. 17, 18), the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **August 29, 2019**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE