# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORIO, individually and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY COMMUNITY SERVICES AGENCY, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00752-LJO-EPG<br><br>AMENDED ORDER RE: STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 19) |

Plaintiff, Michael Tenorio, and Defendant, Stanislaus County, which is named in the Amended Complaint as Stanislaus County Community Services Agency (ECF No. 10), have filed a stipulation to dismiss the action without prejudice. (ECF No. 19.) In light of the stipulation, and the previous voluntary dismissal of the other named defendant in this action, California Department of Social Services (ECF Nos. 17, 18), the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **September 3, 2019**  /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE